UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **OMAR MASOUD,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**LINEN OUTLET, and BASAAM KHALIL, individually,**<br><br>     **Defendants.** | Case No. **1:17-cv-02315-ARR-SJB** |

    Plaintiff, OMAR MASOUD ("Masoud" or "Plaintiff") hereby moves this Honorable Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiff and against Defendants LINEN OUTLET and BASAAM KHALIL, individually, on the grounds that said Defendants failed to answer or otherwise defend against the Complaint.

Dated: December 1, 2017

Respectfully submitted,

s/ Jodi J. Jaffe
Jodi J. Jaffe, Esquire
E-mail: JJaffe@JaffeGlenn.com
New York Bar No. JJ8034
**JAFFE GLENN LAW GROUP, P.A.**
301 North Harrison Street
Suite 9F, #306
Princeton, NJ 08540
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2017, the Motion for Default Judgment and all accompanying documents are being electronically filed with the Court via CM/ECF. I also certify that the Motion and all accompanying documents are being served, via U.S. Mail, on this day on Defendants, at their last known address(es), as identified on the attached Service List.

s/ Jodi J. Jaffe
Jodi J. Jaffe, Esq.

## SERVICE LIST

Linen Outlet
2510 Valentine Ave
Bronx, NY 10458

Basaam Khalil
c/o Linen Outlet
2510 Valentine Ave.
Bronx, NY 10458