UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Omar Masoud,

              Plaintiff,

  -against-

Linen Outlet et al,

             Defendants,
-----------------------------------------------------------X

**18cv3249 (PAC)**
**DEFAULT JUDGMENT**

      This action having been commenced on ___4/18/2017___ by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendants, Linen Outlet and Basaam Khalil, on 4/27/2017 by personal service on Cynthia LNU and Basaam Khalil, and a proof of service having been filed on 9/5/2018 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $26,563.68 with interest at 9% from 8/20/2016 (the midpoint date) until date of judgment amounting to $ 6,375.00 interest on unpaid wages and $ $1386.00 for spread of hours violations, plus $10,000.00 for records violations, plus costs and disbursements of this action in the amount of $ 400.00 amounting in all to $ 44,724.68 .

Dated: New York, New York
       May 16, 2019

                                                        PAUL A. CROTTY
                                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/19